PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: June Kalifa                           Case Number: A03-0043-01CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:     January 6, 2004

Original Offense:              Bank Fraud in violation of 18 U.S.C. § 1344(2)

Original Sentence:             Time served, three years supervised release, $5,845.60 restitution

Date Supervision Commenced: January 6, 2004

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

> **At the direction of the probation officer, the defendant shall reside at the Community Corrections Center for 60 days, with release for work, treatment, and church.**

### CAUSE

1. The defendant has violated the Mandatory Condition that the defendant shall pay the total criminal penalties on a schedule to be determined by the probation officer" in that Kalifa has failed to make a restitution payment since July 2005. This is a Class C violation

2. The defendant has violated the Special Condition that "The defendant shall comply with the mental health treatment as ordered by the Court," in that Kalifa has not attended mental health counseling appointments as required. This is a Grade C violation.

3. The defendant has violated the Special Condition that "The defendant shall participate in either or both inpatient and outpatient treatment programs to be approved by the U.S. Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol" in that since December 2005, Kalifa has failed to report for drug testing 11 times.. This is a Grade C violation.

*Request for Modification of Conditions or Term*
*Name of Offender        :        June Kalifa*
*Case Number              :        A03-0043-01CR (RRB)*

                                                    Respectfully submitted,

                                     **REDACTED SIGNATURE**

                                     Mary Frances Barnes
                                     U.S. Probation Officer
                                     Date: June 1, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Other:

---

                                     **REDACTED SIGNATURE**

                                     Ralph R. Beistline
                                     U.S. District Court Judge

                                     Date: 6/5/06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v June Kalifa                    Docket No. A03-0043-01CR (RRB)

    I, _June Kalifa_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

> **At the direction of the probation officer, the defendant shall reside at the Community Corrections Center for a period of 60 days, with release for work, treatment, and church.**

Signed: **REDACTED SIGNATURE**     Date: 06/01/06
June Kalifa
Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**     Date: 6/1/06
Mary Frances Barnes
U.S. Probation/Pretrial Services Officer