# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:03-CR-00043-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| June F. Kalita | WRIT OF GARNISHMENT |

**SERVE** → **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501  Attn: [Individual Service] Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED
Treasurer of the United States
Clerk, U.S. District Court
DEC 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA
Symbol No. 4606 Deposit No. _____

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy, A.U.S.A.
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (907) 271-5071
DATE: 8-14-06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 8/24/06

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 8-24-06   Time: 1200 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | .45 | | | | | |

REMARKS:
1 mi RT
Received check for $1088.96
Holding original Writ

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)   Case No. **3:03-CR-043**<br>JUNE F. KALIFA, )<br>)<br>      Defendant, )<br>_____ ) | |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **August 24, 2006,** by Deputy U.S. Marshal **Ron Dewitt** and that on **December 4, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57672583** made payable to the Clerk of Court in the amount of **$1,088.96.**

I hereby return said check to the U.S. District Court **partially** satisfying this Writ of Execution, dated this ___6___ day of **December, 2006** at Anchorage, Alaska.

                                              RANDY M. JOHNSON<br>
                                              United States Marshal<br>
                                              District of Alaska

              By: _____<br>
                      Deputy U.S. Marshal

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
   Department of Revenue
   Permanent Fund Dividend Division

From: United States Marshals
   222 W. 7th Avenue, #28
   Anchorage, AK 99513-7504
   Phone (907) 271-5154

| *- For PFD Division Use Only -* |
| --- |
| *PFD Server Code* |
| Location_ |
| Priority |

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** 3:03-CR-043 (RRB)
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** JUNE F. KALIFA

**AKA or Alias:** _____

**Social Security Number:**

**Date of Birth:**

**Amount of Writ** $5,090.60

**Service Fee** $

**Interest to October 15** $

**Total Due** $5,090.60

Service Agent

| Signature [signed] | Date 8-24-06 |
| --- | --- |
| Printed Name | Title |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

1099-MISC

Payer's Name: State of Alaska
Federal Identification Number: 92-6001185

Case Id: 303CR43RRB
Applicant's Name:
KALIFA, JUNE F

| Warrant Issue Date: 11/14/2006 | Warrant Amount . . . . . . . . . . . . . . . . . . . . . . . . . $1088.96 |
|---|---|

CLERK OF COURT
222 W 7TH AVE #28
ANCHORAGE AK 99513

PFD ALN: 06576925

| Funding for PFD dividends comes from: | | The Total Gross Dividend has been reduced for: | |
|---|---|---|---|
| • Permanent Fund earnings: | | • Medical and Public Assistance hold | |
|   Constitutional dedication of funds | $400.13 |   harmless provisions of AS 43.23.075 | -$21.39 |
|   Legislative action: | | • Legislative appropriation of convicted | |
|   Statutory inflation proofing | 434.42 |   and incarcerated felon and misdemeanant | |
|   Special legislative appropriations | 308.67 |   dividends | -13.95 |
| • Reimbursements to the Dividend Fund | 0.09 | • Dividend program administrative costs | -11.13 |
| • Unexpended prior year Dividend Funds | 12.93 | • Prior year dividend obligations | -2.81 |
| **Total Gross Dividend** | **$1156.24** | **Net Dividend** | **$1106.96** |

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:

- sentenced as a result of a felony conviction,
- incarcerated as a result of a felony conviction, or
- incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2005 dividends to individuals not eligible under this provision were **$8,406,009**.

The legislative purpose for making these individuals not eligible to receive a dividend is to:

- obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
- provide funds for services for and payments to crime victims, and for grants for the operation of domestic violence and sexual assault programs.

Total funds appropriated for FY 2007 under this purpose are:

| • Department of Corrections | $4,552,400 |
| • Council on Domestic Violence and Sexual Assault | 2,777,500 |
| • Violent Crimes Compensation Board | 782,400 |
| • Office of Victims' Rights | 293,700 |
| **Total appropriations** | **$8,406,000** |

Dividend Information Offices - Anchorage (907) 269-0370 / Fairbanks (907) 451-2820 / Juneau (907) 465-2326 / Inside Alaska 1-800-733-8813

```
              UNITED STATES
              DISTRICT COURT
              District of Alaska
              Anchorage Division

              #  00129490  -  PS
              December 6, 2006

Code      Case #      Qty        Amount

604700-R  03-43                  1,088.96 CK

        TOTAL→        1,088.96

FROM: STATE OF ALASKA RE: PFD
FOR: JUNE F. KALIFA
3:03-CR-00043 RRB
```