PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

RECEIVED
JAN 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

v.                                Case No.    A03-0043-01CR (RRB)

June Kalifa

The above-named has completed the period of supervised release which expired on January 5, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE                                  1/9/07

Mary Frances Barnes                                 Date
U.S. Probation/Pretrial Services
Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this    10    day of    January    , 2007.

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge